

ORIGINAL

FILED
04/12/2022
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
MICHAEL A. SHUMRICK

ORDER

Michael A. Shumrick has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Shumrick's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A.9, Rules of Admission.

Shumrick passed the MPRE in 2013 when seeking admission to the practice of law in Colorado. Shumrick is currently admitted to the State Bar of Colorado. The petition states that Shumrick has practiced law "without any ethical or disciplinary violation in any jurisdiction where licensed or where admitted *pro hac vice*." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Michael A. Shumrick to waive the three-year test requirement for the MPRE for purposes of Shumrick's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 12 day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2